# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN CHAMBERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PENSKE TRUCK LEASING CORPORATION, a corporation; and DOES 1 through 60 inclusive,<br><br>　　　　Defendants. | 1:11-cv-00381 LJO GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>(Document 18) |

　　　On March 9, 2011, Plaintiff Robin Chambers filed a Motion for Remand. (Docs. 10-12.) On April 1, 2011, Defendant Penske Truck Leasing Co., L.P. filed its opposition to the motion. (Doc. 14.) On April 6, 2011, Plaintiff filed her reply to the opposition. (Doc. 15.)

　　　On April 15, 2011, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion be denied. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days of service of the recommendations. (Doc. 18.)

　　　To date, no objections have been filed.

1

In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 15, 2011, are ADOPTED IN FULL;
2. Based on the above, IT IS HEREBY ORDERED that Plaintiff Robin Chambers' Motion for Remand be DENIED.

IT IS SO ORDERED.

**Dated:   May 3, 2011**                  /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

2